Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 65250.—Langfelder, Homma & Carroll, Inc., et al. *v.* United States, protests 60/12072, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65251.—Ross Products, Inc. *v.* United States, protest 60/1539 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 65252.—Langfelder, Homma & Carroll, Inc. *v.* United States, protest 59/19174 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of animal criers similar in all material respects to those the subject of Abstract 37663, except that the merchandise herein is in chief value of paper and not composed of mineral or earthy substances, the claim of the plaintiff was sustained.

No. 65253.—Ditbro Pearl Co. and Liebermann Waelchli & Co., N.Y., Inc. *v.* United States, protests 60/18360 and 60/18405 (New York).